Carlos Enrique **PORRES–SANCHEZ,**
Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General,** Respondent.

No. 12–72198.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 21, 2014.*

Filed Jan. 23, 2014.

Christopher John Stender, Esquire, Federal Immigration Counselors, AZ, PC, Phoenix, AZ, for Petitioner.

OIL, David V. Bernal, Assistant Director, Lauren Fascett, Lindsay Williams Zimliki, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of The Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, SILVERMAN, and PAEZ, Circuit Judges.

### MEMORANDUM **

Carlos Enrique Porres–Sanchez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We dismiss the petition for review.

We lack jurisdiction to review Porres–Sanchez's challenge to the BIA's dispositive determination that Porres–Sanchez failed to show the requisite hardship to his qualifying relatives because Porres–Sanchez failed to exhaust this challenge in his motion to reopen before the BIA. *See Tijani v. Holder,* 628 F.3d 1071, 1080 (9th Cir.2010).

We need not address Porres–Sanchez's remaining contention regarding continuous physical presence because the agency's hardship determination is dispositive. *See* 8 U.S.C. § 1229b(b)(1).

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

